UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Optimum Cleaning LLC,

Civil No.: 0:21-cv-01656 KMM-LIB

Plaintiff,

vs.

**STIPULATION FOR DISMISSAL
WITH PREJUDICE**

Secura Insurance Company,

Defendant.

WHEREAS, Plaintiff Optimum Cleaning LLC has executed a Policyholder Release in favor of Defendant Secura Insurance Company,

NOW THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between the above-named parties, through their respective counsel, that this lawsuit may be dismissed with prejudice and without further cost to any party.

**SMITH JADIN JOHNSON, PLLC**

DATE: June 21, 2022        /s/ Bradley K. Hammond
                           Alexander M. Jadin (#387219)
                           Bradley K. Hammond (#0391611)
                           7900 Xerxes Avenue, Suite 2020
                           Bloomington, MN 55431
                           Telephone:  (952) 388-0289
                           Facsimile:  (612) 235-7927
                           Email: ajadin@sjjlawfirm.com
                           Email: jwittmer@sjjlawfirm.com

                           *Attorneys for Plaintiff Optimum Cleaning LLC*

**ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.**

Dated: June 21, 2022          /s/ Beth A. Jenson Prouty
Stephen M. Warner (#0271275)
Beth A. Jenson Prouty (#0389275)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
P: (612) 339-3500
F: (612) 339-7655
smwarner@ArthurChapman.com
baprouty@ArthurChapman.com

*Attorney for Defendant Secura Insurance Company*