# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Optimum Cleaning LLC, | Case No. 21-CV-1656 (KMM/LIB) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| Secura Insurance Company, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on June 21, 2022 (ECF No. 14), IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits and without costs, disbursements, or attorneys' fees to any party.

Date: June 22, 2022

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge